# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:05CR407 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALFREDO HERNANDEZ-AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |

Before this court is Shannon P. O'Connor's Motion to Withdraw as Attorney of Record (#15). Stephanie A. Martinez has filed an Entry of Appearance (#14) on behalf of the defendant. Therefore,

**IT IS ORDERED:**

1. The Motion to Withdraw by Shannon P. O'Connor and the office of the Federal Public Defender (#15) is granted, and they shall be removed from the docket as counsel of record.

2. Stephanie A. Martinez has been retained and shall hereinafter be listed as counsel of record for the defendant and receive all notifications.

Dated this 17th day of January 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge