IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05CR407 |
| v. | ) | |
| ALFREDO HERNANDEZ-AGUILAR, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

This matter is before the court on defendant Alfredo Hernandez-Aguilar's motion to proceed in forma pauperis, Filing No. 80, in order to appeal his denial by this court of his motion to vacate pursuant to 28 U.S.C. § 2255. Filing No. 78. The defendant has filed a copy of his prisoner account statement in support of his motion. Filing No. 81. The court has reviewed the record and finds the motion should be granted.

THEREFORE, IT IS ORDERED that the defendant Alfredo Hernandez-Aguilar's motion to proceed on appeal in forma pauperis, Filing No. 80, is granted.

DATED this 22nd day of September, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge